**1048**

Board for a hearing to recommend the appropriate sanction for the contempt;

4. The President Judge of the Court of Common Pleas of Allegheny County, in accordance with Rule 217, Pa. R.D.E., shall take such further action and make such further orders as may appear necessary to protect the rights and interests of Respondent's clients or fiduciary entities with which he is involved; and,

5. All bank accounts held by Respondent or controlled by him, containing fiduciary funds, shall be frozen until further action by a court of appropriate jurisdiction.

This Order constitutes an imposition of public discipline within the meaning of Rule 402, Pa. R.D.E., pertaining to confidentiality.

MAIN LINE HEALTH, INC., a Pennsylvania Not–For–Profit Corporation, and American Excess Insurance Exchange–Risk Retention Group, Inc., a Vermont Reciprocal, Appellants,

v.

The PENNSYLVANIA MEDICAL PROFESSIONAL LIABILITY CATASTROPHE LOSS FUND, John H. Reed, in his Capacity as the Director of the Pennsylvania Medical Professional Liability Catastrophe Loss Fund, John H. Reed, M. Diane Koken, Thomas J. Judge, Sr., Joseph Cesare, Joan R. Richards, Howard F. Messer, Charles D. Hummer, Jr., David Zuern, Gary Veshecco, Robert Lohr and Shanin Spector, each in his/her Capacity

as a Member of the Advisory Board of the Pennsylvania Medical Professional Liability Catastrophe Loss Fund, and the Pennsylvania Property and Casualty Insurance Guaranty Association, Appellees.

Supreme Court of Pennsylvania.

Argued April 30, 2001.

Decided May 10, 2001.

Richard K. Masterson, Miles J. Zaremski, Ila S. Rothschild, Buffalo Grove, IL, for appellants, Main Line Health, et al.

Guy Donatelli, William H. Lamb, West Chester, for appellee, PA Medical Liability.

Lise Luborsky, Philadelphia, for appellee, PA Property Ins.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Order affirmed.

Justice NIGRO dissents.

Justice NEWMAN did not participate in the consideration or decision of this case.